# UNITED STATES DISTRICT COURT

Eastern **District of** California

Byron Chapman
            Plaintiff (s),

V.

A&M Wireless a.k.a. Metro PCS, et al.
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-02652-JAM-DB

Notice is hereby given that, subject to approval by the court, __Harbajan Singh Kahlon__ substitutes
                                                                                (Party (s) Name)

__Richard Morin__, State Bar No. __285275__ as counsel of record in place
(Name of New Attorney)

place of __Pro se__
                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Law Office of Rick Morin, PC
    Address:             555 Capitol Mall Suite 750
    Telephone:          916-333-2222         Facsimile 916-273-8956
    E-Mail (Optional):    legal@rickmorin.net

I consent to the above substitution.
Date: 2/6/17
                                                                       (Signature of Party (s))

I consent to being substituted.
Date:
                                                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 02/06/2017
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2·7·17
                                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]