# UNITED STATES DISTRICT COURT

Eastern **District of** California

Byron Chapman
 Plaintiff (s),

V.

A&M Wireless a.k.a. Metro PCS, et al.
 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-02652-JAM-DB

Notice is hereby given that, subject to approval by the court, **Jasbir Kaur** substitutes
(Party (s) Name)

**Richard Morin**, State Bar No. **285275** as counsel of record in place
(Name of New Attorney)

place of **Pro se**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Law Office of Rick Morin, PC
 Address: 555 Capitol Mall Suite 750
 Telephone: 916-333-2222          Facsimile 916-273-8956
 E-Mail (Optional): legal@rickmorin.net

I consent to the above substitution.
Date: 2/6/17

*Jasbir Kaur*
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 02/06/2017

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2.7.2017

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]