1 THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
2 THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
3 702 Mangrove Avenue, #304
Chico, CA 95926
4 Telephone: (415) 389-8600
Email: alockhart@disabilitieslaw.com
5

Attorney for Plaintiff
6 BYRON CHAPMAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>A&M WIRELESS, *et al.*<br><br>Defendants. | CASE NO. 2:16-cv-02652-JAM-DB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

## **ORDER**

Pursuant to the parties stipulation, IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and Stipulated Judgment should such enforcement be necessary.

Dated: 1/8/2018

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

**Stipulation** **Case No. 16-02652**